JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLA LUGO, <br><br> PLAINTIFF(S) <br> v. <br><br> COSTCO WHOLESALE CORP., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:22-cv-01349-KES <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable Karen E. Scott, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its special verdict. (Dkt. 142.) Consistent with that verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Danella Lugo

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Costco Wholesale Corp.

recover of the plaintiff(s) its costs of action, taxed in the sum of $0 .[1]

Dated: December 19, 2024

*Karen E. Scott*
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 54-2, prevailing parties have until 14 days after the entry of judgment to file an application to tax costs.