# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLA LUGO,<br><br>PLAINTIFF(S)<br><br>v.<br><br>COSTCO WHOLESALE CORP.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-cv-01349-KES<br><br>**AMENDED JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable Karen E. Scott, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Danella Lugo

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Costco Wholesale Corp.

recover of the plaintiff(s) its costs of action, taxed in the sum of   $14,709.06   .

Clerk, U. S. District Court

Dated: April 23, 2025

By _/s/ Jazmin Dorado_
Deputy Clerk

At: Santa Ana, CA

cc: Counsel of record

CV-44 (11/96)                     JUDGMENT ON THE VERDICT FOR DEFENDANT(S)